LAYLA ELZOFRI, Respondent, v AMERICAN EXPRESS COMPANY et al., Defendants, and Z & H PETROLEUM, INC., Appellant. [979 NYS2d 550]—

Rose, J.P., Lahtinen, McCarthy and Garry, JJ., concur. Ordered that the order is affirmed, without costs.